FILED
Jul 26 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  **RE:** Benjamin Wylam
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief  **Docket No.:** 3:21-cr-00246-EMC-1
U.S. Pretrial Services Officer

**Date:** 7/26/21

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Pepper Friesen                                                     415-436-7516

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_/s/ T.M. Hixson_____                    July 26, 2021
**JUDICIAL OFFICER**                              **DATE**
Thomas S. Hixson
United States Magistrate Judge